

CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

**United States District Court**

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

RICARDO HERNANDEZ

Defendant.

DOCKET NO.: **13 MAG**
MAGISTRATE'S CASE NO.: **720**

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED: RICARDO HERNANDEZ

WARRANT ISSUED ON THE BASIS OF:
☐ Order of Court
☐ Indictment   ☐ Information   x Complaint

DISTRICT OF ARREST:

TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

**Conspiracy to Defraud the United States**
**Theft of Federal Funds**

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
|  | 18 | 286, 641 |

BAIL:

OTHER CONDITIONS OF RELEASE:

ORDERED BY: **MAG. JUDGE DAVISON**

SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE): [signed]

DATE ORDERED: 3/15/13

CLERK OF COURT:

(BY) DEPUTY CLERK: [signed]

DATE ISSUED: 3/15/13

### RETURN

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED: 3/15/2013
DATE EXECUTED: 3/21/2013

NAME AND TITLE OF ARRESTING OFFICER: Anthony Barbero, Special Agent IRS-CI

SIGNATURE OF ARRESTING OFFICER: [signed] Anthony Barbero

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.