# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

## MEMO ENDORSED

**David E. Patton**
*Executive Director*
*and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge*
*White Plains*

May 28, 2014

BY HAND

The Honorable Nelson S. Roman
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     *United States v. Hernandez*, 13cr0964-NSR

Dear Judge Roman:

This letter is written on behalf of Ricardo Hernandez and respectfully seeks an order requiring the Office of Pretrial Services to return Mr. Hernandez's passport to Mr. Hernandez. Pretrial Services Officer Vincent Adams requested that undersigned counsel make the instant request given that pretrial supervision has ended.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Jason I. Ser
Attorney for Mr. Hernandez

Dated: May 28, 2014
White Plains, NY

SO ORDERED:

**HONORABLE NELSON S. ROMÁN**
**United States District Judge**

cc: Michael Gerber, A.U.S.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2014